

Mailer: U.S. District Court Alabama Southern

Date Produced: 04/12/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8335 9500 41. Our records indicate that this item was delivered on 03/29/2021 at 02:16 p.m. in ORANGE BEACH, AL 36561. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   25910 CANAL RD STE O
ORANGE BEACH, AL 36561

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

AUSTIN TANNER
25910 CANAL ROAD
SUITE 269
ORANGE BEACH, AL 36561

Customer Reference Number:    C2623783.15111221

Return Reference Number        20-CV-540-KD-N

USPS MAIL PIECE TRACKING NUMBER:  4203656192148901940 38335950041
MAILING DATE:      04/08/2021
DELIVERED DATE:   03/29/2021
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

AUSTIN TANNER
25910 CANAL ROAD
SUITE 269
ORANGE BEACH, AL 36561

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 03/26/2021 20:59 | ACCEPTED AT USPS FACILITY  10 | MOBILE,AL 36619 |
| 03/26/2021 21:59 | PROCESSED THROUGH USPS FACILITY | MOBILE,AL 36619 |
| 03/28/2021 19:16 | PROCESSED THROUGH USPS FACILITY | MOBILE,AL 36619 |
| 03/29/2021 09:05 | ARRIVAL AT UNIT | ORANGE BEACH,AL 36561 |
| 03/29/2021 09:16 | OUT FOR DELIVERY | ORANGE BEACH,AL 36561 |
| 03/29/2021 14:16 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | ORANGE BEACH,AL 36561 |
| 04/08/2021 14:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | MOBILE,AL 36602 |