# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AUSTIN TANNER,<br>    Plaintiff,<br><br>v.<br><br>MIDAM VENTURES, LLC, *a Florida Limited Liability Company*,<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 1:20-00540-KD-N<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 23) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 24, 2021, is **ADOPTED** as the opinion of this Court.

Defendant Midam Ventures, LLC's motion to dismiss this action with prejudice, and for an award of attorneys' fees and costs incurred in defending this lawsuit, as a sanction for Plaintiff Austin Tanner's failure to participate in the parties' planning meeting and report, see Fed. R. Civ. P. 26(f), as directed by the preliminary scheduling order (doc. 15, p. 1), is **DENIED.**

However, Midam is awarded its "reasonable expenses" incurred because of Tanner's noncompliance with the preliminary scheduling order. See Fed. R. Civ. P. 16(f)(2). Accordingly, this action is **REFERRED** to the Magistrate Judge for hearing and determination of the reasonable expenses.

**DONE** and **ORDERED** this the 12th day of July 2021.

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**