IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AUSTIN TANNER,

    Plaintiff,

v.

MIDAM VENTURES, LLC, a Florida Limited
Liability Company,

    Defendant.

Case No. 1:20-cv-00540

**DEFENDANT MIDAM VENTURES, LLC'S RESONSE TO PLAINTIFF'S MOTION TO DISMISS**

Comes now the Defendant, MIDAM VENTURES, LLC ("Midam"), and in response to Plaintiff's Motion to Dismiss (Doc. 34), states as follows:

1. Defendant does not object to the Motion to Dismiss, although any dismissal should be with prejudice, all costs taxed to Plaintiff.

2. This Court has already entered an Order awarding sanctions to Midam, although a dollar amount has not been determined by this Court. (Doc. 24)

3. In addition to the sanctions awarded against Plaintiff for failure to comply with this Court's Order, Plaintiff has refused to respond to any discovery as evidenced by the Motion to Compel filed by Midam. (Doc. 33).

4. At the time the Complaint was filed, Plaintiff had no claims against Midam, and any such claims asserted in the Complaint are frivolous.

5. Following the initial disclosures by the Plaintiff, Plaintiff was advised that Midam did not send any of the texts or other communications made the basis of the lawsuit. On July

23, 2021, Midam specifically advised Plaintiff that Midam did not send the texts, and requested that the case by dismissed. See Ex. A

6. The fact that the Plaintiff has voluntarily filed a Motion to Dismiss solely on his behalf, and not a joint motion, is further evidence that the lawsuit is frivolous. Midam has incurred attorney's fees and expenses subsequent to the initial disclosures.

Wherefore, premises considered, Midam requests that this Court enter an Order dismissing this case with prejudice as to Midam Ventures, LLC, tax costs against Plaintiff and Order Plaintiff to pay all attorney's fees and costs incurred by Midam Ventures, LLC in defending this frivolous lawsuit.

Respectfully submitted,

/s/Daniel J. Burnick
Law Office of Daniel J. Burnick
3179 Green Valley Rd. #205
Birmingham, Alabama 35243
(205)902-9005
Email: danielburnick@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, a copy of this pleading was served on counsel for Plaintiff via the Court's efiling system.

/s/ Daniel J. Burnick