# EXHIBIT A

**Daniel burnick**

---

**From:** Daniel burnick <danielburnick@gmail.com>
**Sent:** Friday, July 23, 2021 10:45 AM
**To:** 'Joe Damrich'; david@dma-lawfirm.com
**Cc:** 'Burnick Daniel'
**Subject:** Tanner v. Midam

Joe and David:

I am touching base with you concerning the Court's Order requiring a new joint planning report to be filed no later than Tuesday, July 27, 2021. (Doc 25). I have not heard from either of you, and would like to schedule a time to meet and confer over the phone.

As I discussed previously with Joe, in light of the fact that the text messages produced by you clearly demonstrate that Midam Ventures did NOT send the texts to your client, I am again requesting that you voluntarily dismiss this case. Moving forward will result in additional fees and expenses that will be incurred by my client in defending these baseless claims, and we will be pursuing sanctions at the appropriate time.

I look forward to hearing back from you at your earliest convenience.

Daniel J. Burnick
Law Office of Daniel J. Burnick, LLC
3179 Green Valley Road #205
Birmingham, Al. 35243
danielburnick@gmail.com
205.902.9005
www.danielburnick.com

This transmission may be subject to the Attorney-Client Privilege and/or an Attorney Work Product and/or strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this message in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.